# UNITED STATES DISTRICT COURT

Western District Of New York

UNITED STATES OF AMERICA
V.

Tonawanda Coke Corporation

**JUDGMENT IN A CRIMINAL CASE**
(For Organizational Defendants)

CASE NUMBER: 1:10CR00219-001

Gregory Linsin, Ariel Glasner, Jeanne Grasso
Defendant Organization's Attorney

## THE DEFENDANT ORGANIZATION:

☐ pleaded guilty to count(s) ______

☐ pleaded nolo contendere to count(s) ______
which was accepted by the court.

☒ was found guilty on counts 1 – 5, 9, 11 – 15, and 17 – 19 of the Redacted Indictment
after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Counts |
|---|---|---|---|
| 42 U.S.C. §7413(c) and 18 U.S.C. §2 | Violation of the Clean Air Act | 12/31/05; 12/31/06; 12/31/07; 12/31/08; & 12/31/09 | 1-5, 9, 11-15 |
| 42 U.S.C. §6928(d)(2)(A) and 18 U.S.C. §2 | Violation of Resource Conservation and Recovery Act | 12/17/09 | 17-19 |

The defendant organization is sentenced as provided in pages 2 through 5 of this judgment.

☒ The defendant organization has been found not guilty on counts 6, 7, 8, 10, and 16 of the Redacted Indictment

☐ Count(s) ______ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.: 16-1098956

Defendant Organization's Principal Business Address:
3875 River Road
Tonawanda, New York 14150

Defendant Organization's Mailing Address:
Box 5007
Tonawanda, New York 14151-5007

March 19, 2014
Date of Imposition of Judgment

[signature]
Signature of Judge

Honorable William M. Skretny, Chief U.S. District Judge
Name and Title of Judge

Date March 24, 2014

DEFENDANT ORGANIZATION: Tonawanda Coke Corporation
CASE NUMBER: 1:10CR00219-001

# PROBATION

The defendant organization is hereby sentenced to probation for a term of : Five (5) years

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

# STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;
2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;
4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;
5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;
6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and
7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

DEFENDANT ORGANIZATION: Tonawanda Coke Corporation
CASE NUMBER: 1:10CR00219-001

## SPECIAL CONDITIONS OF SUPERVISION

The defendant corporation shall provide the U.S. Probation Office with access to any requested personal and/or business financial information. The U.S. Probation Office is authorized to release pre-sentence and post-sentence financial information submitted by the defendant corporation to the U.S. Attorney's Office for use in the collection of any unpaid fine. If a fine is owed, the defendant corporation shall notify the U.S. Probation Office of any assets received and shall not disburse their interest in any assets, including, but not limited to, income tax refunds, or insurance and lawsuit settlements without the approval of the U.S. Probation Office.

The defendant corporation shall submit to a search of the business property or any other property under the defendant corporation's control, based upon reasonable suspicion, and permit confiscation of any evidence or contraband discovered.

The defendant corporation is required to participate in Community Service Projects to fund two (2) separate impact studies in an amount not to exceed $12,200,000 over the next ten (10) years. The first proposed project is entitled "Tonawanda Health Study: An Epidemiologic Study of Health Effects and Coke Oven Emissions from Tonawanda Coke," proposed by Drs. Bonner and Olson of the University at Buffalo (UB Study). The second study is "Determining the Environmental Impact of Coke Oven Emissions Originating from Tonawanda Coke Corporation on the Surrounding Communities (Soil Sample)," proposed by Jackie James Creedon. Final approval from the Probation Department is required based on updated proposals from each project sponsor that include: proof that the sponsoring organization is either a 501(c)(3) non-profit or similarly recognized charitable organization; and a letter of declaration from an officer or board member of that organization agreeing that acceptance of the funds obligates the sponsoring organization to provide both expenditure and progress reports for the duration of the study. The updated proposals are due to the Probation Department within 60 days. The Government must assist the Probation Department. The total installment for the UB Study and Soil Sample is set forth by the Court as follows:

| Total Installment | UB Study | Soil Sample | For Study Years |
|---|---|---|---|
| $3,211,971.00 | $2,691,971.00 | $520,000.00 | Year 1 (both) |
| $3,049,357.00 | $2,858,196.00 | $191,161.00 | Year 2 (both) |
| $1,807,904.00 | $1,807,904.00 | — — | Years 3-4 (UB Study) |
| $2,051,939.00 | $2,051,939.00 | — — | Years 5-7 (UB Study) |
| $2,037,291.00 | $2,037,291.00 | — — | Years 8-10 (UB Study) |

The First Installment is due within 60 days of the approval of the study by the Probation Department with each subsequent installment due yearly on that date thereafter. The defendant corporation is to cooperate with the study's researchers as a term of probation. The Court also requires each study to provide reports every six (6) months to the Probation Department.

DEFENDANT ORGANIZATION: Tonawanda Coke Corporation
CASE NUMBER: 1:10CR00219-001

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 5,600 | $ 12,500,000 | $ 0 |

☐ The determination of restitution is deferred until ________ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unles specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), al nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| TOTALS | $ ________ | $ ________ | |

☐ Restitution amount ordered pursuant to plea agreement ________

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

☒ the interest requirement is waived for ☒ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT ORGANIZATION: Tonawanda Coke Corporation
CASE NUMBER: 1:10CR00219-001

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☐ Lump sum payment of $ ____________ due immediately, balance due

☐ not later than ________________, or
☐ in accordance with ☐ C or ☐ D below; or

**B** ☒ Payment to begin immediately (may be combined with ☐ C or ☒ D below); or

**C** ☐ Payment in ________ (e.g., equal, weekly, monthly, quarterly) installments of $ ________ over a period of ________ (e.g., months or years), to commence ________ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☒ Special instructions regarding the payment of criminal monetary penalties:

The defendant shall pay a special assessment of $400 on each Count for a total of $5,600, which shall b due immediately. Payments shall be made to the Clerk, U.S. District Court (WD/NY), 2 Niagara Square Buffalo, New York 14202.

**THE COURT IMPOSES A $12,500,000 FINE.** The Court finds that the defendant corporation has th ability to pay a $12,500,000 fine. Interest on the fine is waived. The initial payment is due within 30 day of sentencing. The defendant corporation shall make payments of $2,500,000 each year for five (5) years.

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant organization shall pay the cost of prosecution.

☐ The defendant organization shall pay the following court cost(s):

☐ The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.